**E-FILED**
Monday, 01 August, 2005  08:25:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| RUSSELL BALDWIN | ) ) ) ) ) | |
| Defendant(s). | ) | Case No. CV  05-2168 |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on __July 29__, 2005, and is now pending.

(i)    The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)    The name(s) of the title holder(s) of record are:   RUSSELL BALDWIN

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 5 in Cornwell's Addition to Olivet, according to the Plat thereof recorded in Book 955 page 215 in the Office of the Recorder of Vermilion County, Illinois, situated in Vermilion County, Illinois.
>
> PIN No. 33-07-307-005-0040 -- Elwood #1360

(v)    A common address or description of the location of the real estate is as follows:
        15500 Aspen Drive, Georgetown, IL 61846

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor(s): | RUSSELL BALDWIN |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date(s) of mortgage(s): | Ex. A, November 24, 1987 and Ex. B, June 25, 1991 |

Date(s) of recording:                    Ex. A, November 24, 1987 and
Ex. B, June 25, 1991

County where recorded:               Vermilion County, Illinois

Recording document identification:      Recorded as Ex. A, Doc. No. 87-10099 and
Ex, B as Doc. No. 91-5693


UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney


PREPARED BY:               By: __s/David H. Hoff__
                                 David H. Hoff, Bar No. 1234072
                                 Assistant United States Attorney
                                 Urbana Federal Bldg. & U.S. Courthouse
                                 201 S. Vine, Ste. 226
                                 Urbana, Illinois 61801
                                 Telephone No. 217-373-5875
                                 Fax No. 217-373-5891
                                 dave.hoff@usdoj.gov


This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801