AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

V.

RUSSELL BALDWIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2168

TO: (Name and address of defendant)

Russell Balwin
101 W. 3rd Street
Tilton, IL 61833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

**CLERK**

9-20-05

**DATE**

s/ M. Talbott

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.