U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Tuesday, 01 November, 2005 03:51:18 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-2168 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RUSSELL BALDWIN | Summons & Complaint |

| **SERVE** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Russell Baldwin |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| **AT** | 101 W. 3rd Street, Tilton, IL 61833 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| MR DAVID H HOFF AUSA<br>201 S VINE STREET SUITE 226<br>URBANA IL 61802 | Number of process to be served with this Form - 285: **1** |
| | Number of parties to be served in this case: **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                          Fold

**FILED**

NOV 0 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *David H. Hoff/tk* | | 217/373-5875 | 9/20/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 26 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/26/5 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| MARGARET STRIPEIK - GIRLFRIEND | |
| Address *(complete only if different than shown above)* | Date of Service: 10/12/05   Time: 11:7 am / pm |
| | Signature of U.S. Marshal or Deputy: *DSM T Wirt* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90 - | 30.56 | - | 120.56 | | | |

REMARKS:
SERVED - 2 HOURS / DUSM ($190.00); 63 MILES R.T. ($30.56) TW

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

## SUMMONS IN A CIVIL CASE

UNITED STATES OF AMERICA,

**V.**

RUSSELL BALDWIN

CASE NUMBER:  05-2168

TO: (Name and address of defendant)

Russell Balwin
101 W. 3rd Street
Tilton, IL 61833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff, AUSA
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

9-20-05
DATE

s/M. Talbott
(BY) DEPUTY CLERK