E-FILED
Wednesday, 28 December, 2005  09:45:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2168 |
| RUSSELL BALDWIN, | ) |
| Defendant. | ) |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on July 29, 2005.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, RUSSELL BALDWIN, was personally served by the U.S. Marshals Service on October 12, 2005.  That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for his failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2.  The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3.  The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

                                          Respectfully submitted,

                                          RODGER A. HEATON
                                          United States Attorney

BY:      s/David H. Hoff
           DAVID H. HOFF, Bar No. 1234027
           Assistant United States Attorney
           Attorney for Plaintiff
           U.S. Attorney's Office
           201 S. Vine Street, Suite 226
           Urbana, Illinois 61802
           Ph.: 217/373-5875
           Fax: 217/373-5891
           david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of December 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Russell Baldwin
    101 W. 3rd Street
    Tilton, IL 61833

    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov