UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-2168 |
| RUSSELL BALDWIN, ) | |
| Defendant. ) | |

## DECLARATION

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 28th day of December 2005.

s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov