UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2168 |
| | ) | |
| RUSSELL BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, Russell Baldwin, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at his last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagors, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/ owa/sscra.page by entering the mortgagors' respective social security numbers. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 28th day of December 2005.

        s/David H. Hoff_____
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

 **U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*

*Jan Paul Miller*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

November 2, 2005

Mr. Russell Baldwin
101 W. 3rd Street
Tilton, IL 61833

Re:   U.S. vs. Baldwin
      Case No. 05-2168

Dear Mr. Baldwin:

As you are aware, we are in the process of foreclosing on property at 15500 Aspen Drive, Georgetown, Illinois.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

JAN PAUL MILLER
United States Attorney

*David H. Hoff*
_____
DAVID H. HOFF
Assistant United States Attorney

DHH:sk