UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-2168 |
| RUSSELL BALDWIN, ) | |
| Defendant. ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 12th day of January 2006 at 1:30 P.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 28th day December 2005.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of December 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

 Russell Baldwin
 101 W. 3rd Street
 Tilton, IL 61833

          s/David H. Hoff
          DAVID H. HOFF, Bar No. IL 1234072
          Attorney for Plaintiff
          United States Attorney
          201 S. Vine Street, Suite 226
          Urbana, Illinois 61802
          Phone:  217/373-5875
          Fax: 217/373-5891
          david.hoff@usdoj.gov