AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

        vs.                                  Case Number:   **05-2168**

**RUSSELL BALDWIN,**
        **Defendant.**

**XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of plaintiff and against defendant.

ENTER this 12th day of January, 2006.

s/John M. Waters, Clerk
_____
JOHN M. WATERS, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK