UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2168 |
| ) | |
| RUSSELL BALDWIN, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF ENTRY OF DEFAULT ORDER

You, RUSSELL BALDWIN, the above-named defendant, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 12th day of January 2006, United States District Judge Harold A. Baker entered an Order of Default against you. The title of this lawsuit is United States of America v. Russell Baldwin. The Court No. is Civil No. 05-2168 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois. The date of entry of said Order of Default against you is: January 12, 2006. Notice of Right to Redeem: You may redeem the property within the time and in the manner provided by law. In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency

against the mortgagor and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

        Respectfully submitted,

        RODGER A. HEATON
        United States Attorney

BY:    s/David H. Hoff_____
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        Attorney for Plaintiff
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of January 2006, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Russell Baldwin
    15500 Aspen Drive
    Georgetown, IL 61846

    Russell Baldwin
    101 W. 3rd Street
    Tilton, IL 61833

    s/David H. Hoff_____
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov