E-FILED
Tuesday, 21 March, 2006  09:33:37 AM
Clerk, U.S. District Court, ILCD

**Public Notice**

25336 2/22 3/1 3/8 3/15
UNITED STATES DIS-
TRICT COURT CENTRAL
DISTRICT OF ILLINOIS
URBANA DIVISION
UNITED STATES OF
AMERICA, Plaintiff, vs.
RUSSELL BALDWIN, De-
fendant.
Case No. 05-2168
NOTICE OF MARSHAL'S
SALE
PUBLIC NOTICE is hereby
given that pursuant to a
judgment of foreclosure en-
tered by the court in the
above-entitled cause, the
property hereinafter de-
scribed or so much thereof
as shall be sufficient to sat-
isfy said judgment, will be
sold to the highest bidder.
1. The name, address and
telephone number of the
person to contact for infor-
mation regarding the real
estate:
Susan L. Petrea
Rural Development Manag-
er
USDA Service Center
2110 W. Park Court,
Suite B
Champaign, IL 61821
Telephone       No.:
217-352-3536 Ext 4
2. The common address
and other common descrip-
tion, if any, of the real es-
tate is:
15500    Aspen    Drive,
Georgetown, Illinois
3. The legal description of
the real estate is:
Lot 5 in Cornwell's Additon
to Olivet, according to the
Plat thereof recorded in
Book 955 page 215 in the
Office of the Recorder of
Vermilion County, Illinois,
situated in Vermilion Coun-
ty, Illinois.
4. The real estate may be
inspected prior to sale at
the following times:
Available for inspection
during business hours
upon reasonable advance
notice to the county office
listed above.)
5. The time and place of
the sale are:
10:00 A.M. March 23, 2006,
inside the main entrance of
the    Vermilion    County
Courthouse, Danville, Illi-
nois.
6. The terms of the sale
are:
10% of purchase price pay-
able at time and place of
sale by certified check. Bal-
ance to be paid by certified
check   received by the
United Satates Marshal,
100 N.E. Monroe Room
264, Peoria, Illinois 61602,
within thirty (30) days of
date of said sale. If the bal-
ance is not received within
said time period, the 10%
payment made at time of
sale shall be forfeited to the
United States, the sale
shall be void and a new
sale shall be scheduled by
the Court.
7. Title will be conveyed
subject to all general real
estate taxes for the years
2005 and thereafter to be
paid by buyer(s), which are
a lien upon the real estate,
and special assesments, if
any, and easements and
restrictions of record.
Buyer(s) shall also be
responsible for payment of
the real estate transfer tax
(35 ILCS 200-31-45).
8. Upon receipt of the en-
tire purchase price amount.
A Certificate of Sale shall
be forwarded to the Mar-
shal for execution describ-
ing the lands and tene-
ments purchased and the
sum paid therefor to be ten-
dered to the purchaser.
Upon confirmation of said
sale by the Court, the hold-
er of said Certificate of Sale
shall be entitled to a deed
for said premises.
DATED at Springfield, Illi-
nois, this 13th day of Janu-
ary 2006.
s/Steven D. Deatherage
STEVEN    D.
DEATHERAGE
UNITED    STATES
MARSHEL
CENTRAL DISTRICT OF
ILLINOIS

STATE OF ILLINOIS )
County of Vermilion ) ss.    1412 8181
City of Danville )

NEWSPAPER HOLDINGS INC., DBA THE COMMERCIAL-NEWS, a corporation, organized and existing under and pursuant to the laws of the State of Illinois, HEREBY CERTIFIES.

That it is the PUBLISHER of the COMMERCIAL-NEWS, and the COMMERCIAL-NEWS is a secular newspaper of general circulation in Vermilion County, Illinois, printed and published in the City of Danville, Vermilion County, Illinois:

That a notice, of which the annexed is a true copy, has been regularly published, in said newspaper one time each day/week for _3_ successive days/weeks/times.

That the first of such publications was on the 22nd day of _Feb_ 20 06, and the last publication was on the 15th day of _March_ 20 06.

That the COMMERCIAL-NEWS has been regularly published for at least six (6) months prior to the first publication of said notice: that the face of the type in which such publication was made is the same as the body type used in the classified advertising in the newspaper in which such publication was made.

That _JOHN REED_ has been duly appointed as agent of said company and authorized to certify all certificates of publication required to be made on account of publications made in the COMMERCIAL-NEWS, and that such appointment is still in full force and effect.

IN WITNESS WHEREOF, the said NEWSPAPER HOLDINGS INC., DBA THE COMMERCIAL-NEWS, PUBLISHER, aforesaid, has caused its corporate name to be hereinto affixed, and this certificate executed by _____ its authorized Agent, on this 15 day of _March_, A.D. 20 06.

Printer's Fee $ _____

Date Paid _____ 20 ___ .

**NEWSPAPER HOLDINGS INC., D.B.A. COMMERCIAL-NEWS**

By: _____
*Authorized Agent*