E-FILED
Thursday, 06 April, 2006 02:48:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2168 |
| ) | |
| RUSSELL BALDWIN, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES MARSHAL'S REPORT OF SALE**

  I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on January 12, 2006, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Vermilion County, in the City of Danville, Illinois, on the 23rd day of March 2006, at the hour of 10:00 A M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in *The Commercial-News*, a secular newspaper of general circulation printed and published in the City of Danville, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on February 22, 2006, and the last publication on March 15, 2006, all of which appears from a Certificate of Publication on file in this cause.

  1.  At the time and place designated for the sale ordered herein, the undersigned offered said premises for sale to the highest bidder and JESUS R. VASQUEZ bid the sum of EIGHT THOUSAND DOLLARS ($8,000.00), and that being the highest bid offered, I sold said real estate to said highest bidder.

  2.  Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of 1/12/06:

| | |
|---|---:|
| Unpaid principal balance | $47,986.94 |
| Accrued interest at $5.75 per day from 1/12/06 thru 3/23/06, the date of sale | $    402.50 |
| Total | $48,398.44 |

Costs of Sale:

| | | |
|---|---:|---:|
| Marshal's commission | $ 135.00 | |
| Marshal's fee for conducting sale | $ 115.52 | |
| Marshal's fee for service of summons | $ 120.56 | |
| Docket Fee | $ 250.00 | |
| Recording Notice of Foreclosure | $  30.00 | |
| Recording Release of Notice of Foreclosure | $  30.00 | |
| Publication charges | $1017.43 | $ 1,698.51 |
| Total amount of indebtedness | | $50,096.95 |
| Amount of bid at sale | | $ 8,000.00 |
| Amount of deficiency | | $42,096.95 |

5. It is also reported:

   i) A notice required in accordance with 735 ILCS 5/15-1507(c) was given;

   ii) The terms of sale were fair and not unconscionable;

   iii) The sale was conducted fairly and without fraud;

    iv) Justice was done by the sale.

Respectfully submitted this 5th day of April 2006.

s/Steven D. Deatherage<br>
STEVEN D. DEATHERAGE<br>
UNITED STATES MARSHAL<br>
CENTRAL DISTRICT OF ILLINOIS