E-FILED
Friday, 05 May, 2006  02:01:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2168 |
| ) | |
| RUSSELL BALDWIN, ) | |
| ) | |
| Defendant. ) | |

**DECREE CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE**

      This day comes the United States Marshal appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of his proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds;

      1.  A notice required in accordance with 735 ILCS 15-1507(c) was given.

      2.  The terms of sale were fair and not unconscionable.

      3.  The sale was conducted fairly and without fraud.

      4.  Justice was done by the sale.

      5.  All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

      6.  This Court obtained personal jurisdiction over the defendants.

      IT IS THEREFORE ORDERED:

      A.  That the report of the sale by the United States Marshal is approved and the sale is confirmed.

      B.  That there is no deficiency judgment ordered in favor of the Plaintiff.

      C.  The United States Marshal is directed to forthwith issue a deed to the holder of the Certificate of Sale, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

      D.  The holder of the certificate of sale or deed issued pursuant to the Certificate shall be entitled to possession immediately upon approval of the Report of Sale.

      E.  That there is no just reason to delay enforcement of or appeal from this final order.

ENTER: May 5, 2006.

        **s/Harold A. Baker**

        _____
HAROLD A. BAKER
United States District Judge