E-FILED
Friday, 28 July, 2006  03:53:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2168 |
| RUSSELL BALDWIN, | ) |
| Defendant. | ) |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 1, 2005, and recorded in the Recorder's Office in Vermilion County, Illinois, on September 16, 2005, as Document No. 05-0011415, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on July 29, 2005, and is now pending.

(I)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: RUSSELL BALDWIN

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot 5 in Cornwell's Addition to Olivet, according to the Plat thereof recorded in Book 955 page 215 in the Office of the Recorder of Vermilion County, Illinois, situated in Vermilion County, Illinois.

(v)  A common address or description of the location of the real estate is as follows:

15500 Aspen Drive, Georgetown, Illinois

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | RUSSELL BALDWIN |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | Ex. A, November 24, 1987<br>Ex. B, June 25, 1991 |
| Date of recording: | Ex. A, November 24, 1987<br>Ex. B, June 25, 1991 |
| County where recorded: | Vermilion County, Illinois |
| Recording document identification: | Ex. A, Doc. No. 87-10099<br>Ex. B, Doc. No. 91-5693 |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.